STATE v. JOHN WILLIAM BARRETT, DEFENDANT, AND STATE-WIDE BAIL, INC., SURETY.

(Filed 22 September, 1954.)

APPEAL by the surety on defendant's appearance bond from *Morris, J.,* March Term 1954, EDGECOMBE. Affirmed.

Criminal indictment, heard on motion to vacate or modify judgment absolute entered against the surety on defendant's appearance bond.

In November 1953 defendant was arrested on a charge of larceny of an automobile. He executed a bond for his appearance at the January Term 1954, Edgecombe County Superior Court with State-Wide Bail, Inc. as surety. At the January Term 1954 judgment *nisi* was entered. *Scire facias* returnable on the first day of the March Term was served on the surety. Judgment absolute was entered 1 March 1954. The surety appeared and moved to vacate said judgment. The motion was denied and said surety appealed.

*Charles L. Abernethy, Jr., for appellant.*
*C. H. Leggett for appellee.*

PER CURIAM. The facts in this case are substantially on all fours with the facts in *S. v. Dew, ante,* 595, except that the surety in its answer alleges that the defendant was at the time of the judgment *nisi* in custody of officers of Hudson County, New Jersey, and the court granted a full hearing. What is said in the opinion in that case is controlling here.
Affirmed.